UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SUZANNE KAY GOCKE,  )<br> )<br>           Plaintiff,  )<br>  vs.  )<br> )<br>JUDGE MARY LEE COMER, et al.,  )<br> )<br>           Defendant.  ) | No. 1:07-cv-008-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 02/28/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Suzanne Kay Gocke
472 Avon Avenue
Plainfield, IN 46168